1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
              **In The Eastern District of California for the**
7
                     **United States District Court**
8

9

10

11 | UNITED STATES OF AMERICA,   ) | CASE NO. 6:05-mj-0109
                                )
12 |        Plaintiff,          ) | ORDER TO DENY DEFENDANT'S
                                ) | MOTION TO SUPPRESS
13 |        v.                  )
                                )
14 | Rene Fernando DeArco,      ) | Date: September 21, 2005
                                ) | Time: 10:00 a.m.
15 |        Defendant.          ) | Courtroom: U.S. Magistrate
                                ) | Judge:
16                              ) | Hon. William M. Wunderlich
                                )
17                              )
   ─────────────────────────────)
18

19 For the reasons stated in the United States Government Response

20 in Denial of Defendant's Motion to Suppress the United States

21 Government, through its representative Elizabeth Waldow,

22 respectfully requests that the Defendant's Motion to Suppress

23 be denied.

24

25

26

27

28

                                    1

Respectfully submitted,


Dated:   September 21, 2005   ,         /s/Elizabeth Waldow
                                     Elizabeth Waldow
                                     National Park Service


**ORDER**

It is so ordered.


Date: September 21, 2005   _____

                           The Hon. William M. Wunderlich
                           Magistrate Judge for the
                           Eastern District of California


IT IS SO ORDERED.

**Dated:   September 26, 2005**          **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

2